# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| EMW WOMEN'S SURGICAL CENTER, P.S.C., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ANDREW G. BESHEAR, *et al.*,<br><br>　　　　　Defendants. | Case No.: 3:18-cv-00224-JHM<br><br>**PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION** |

　　　　Plaintiffs hereby move the Court pursuant to Rule 65 of the Federal Rules of Civil Procedure for a temporary restraining order and/or preliminary injunction blocking enforcement of Kentucky House Bill 454, 2018 Gen. Assemb., Reg. Sess. (Ky. 2018) ("H.B. 454").

　　　　H.B. 454 bans the safest and most commonly used method of abortion starting early in the second trimester—and the only method used in outpatient facilities after the earliest weeks of the second trimester—dilation and evacuation (or "D&E"). Violation of the ban is a Class D felony, subjecting a physician to punishment of up to five years' imprisonment. The law took effect instantaneously and is at this moment inflicting irreparable harm, resulting in the elimination of pre-viability abortion services starting at 15 weeks in the Commonwealth.

　　　　As detailed more fully in the accompanying Memorandum of Law and the declarations in support thereof, the issuance of a temporary restraining order is warranted here. Plaintiffs have met all of the elements required for such relief. Plaintiffs are substantially likely to prevail on their claim that H.B. 454's ban violates Plaintiffs' patients' rights to privacy under the Fourteenth Amendment by denying and burdening their constitutionally protected right to end a previability pregnancy. Enforcement of H.B. 454 is currently inflicting irreparable harm on

Plaintiffs' patients. Moreover, the balance of equities weighs firmly in the Plaintiffs' favor, and blocking the enforcement of this unconstitutional law will further the public interest.

On March 29, 2018, H.B. 454 was delivered to Governor Bevin for his signature, having been passed by the Legislature. The Governor signed it April 10, 2018. Because H.B. 454 included an emergency clause, it took effect immediately upon the Governor's signature.

Because of H.B. 454, Plaintiffs have had to cancel patient appointments and are forced to turn away patients in need of care every day that H.B. 454 remains in effect. Thus, we respectfully request the emergency intervention of this Court to prevent further irreparable harm to Plaintiffs' patients' constitutionally protected right to end a previability pregnancy.

Further, pursuant to FRCP 65(b)(1)(B), the undersigned counsel certify that upon electronically filing this motion and Complaint using the Courts CM/ECF system, counsel will electronically mail the filed documents to: Andrew G. Beshear, Kentucky Attorney General at andrew.beshear@ky.gov; M. Steve Pitt, General Counsel to Governor Bevin at steve.pitt@ky.gov; S. Chad Meredith, Deputy General Counsel to Governor Bevin at chad.meredith@ky.gov; Hans Herklotz, General Counsel for the Kentucky Cabinet for Health and Family Services at hans.herklotz@ky.gov; Travis S. Mayo, Assistant Attorney General at travis.mayo@ky.gov; Michael S. Rodman, Executive Director Kentucky Board of Medical Licensure at kbml@ky.gov; and Thomas Wine, the Commonwealth's Attorney for the 30th Circuit of Kentucky at tbwine@louisvilleprosecutor.com. Formal notice to Defendants and their agents, however, should not be required due to the constitutional rights at issue and the inability to effect formal process as a result of H.B. 454's immediate effective date.

For the foregoing reasons, and as set forth in the accompanying Memorandum and Declarations, Plaintiffs respectfully request that the court GRANT the Motion for a Temporary Restraining Order and/or Preliminary Injunction.

Dated: April 11, 2018

>Respectfully submitted,
>
>s/Amy D. Cubbage
>Amy D. Cubbage, Interim Legal Director
>ACLU of Kentucky
>401 West Main Street, Suite 1200
>Louisville, Kentucky 40202
>(502) 583-7400
>acubbage@ackersonlegal.com
>
>Heather L. Gatnarek
>Legal Fellow
>ACLU of Kentucky
>315 Guthrie Street, Suite 300
>Louisville, KY  40202
>(502) 581-9746
>heather@aclu-ky.org
>
>Andrew Beck*
>Talcott Camp*
>Elizabeth Watson*
>American Civil Liberties Union Foundation
>125 Broad Street, 18th Floor
>New York, New York  10004
>(212) 549-2633
>abeck@aclu.org
>tcamp@aclu.org
>ewatson@aclu.org
>* *pro hac vice motions pending*
>
>*Counsel for Plaintiffs*