# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

EMW WOMEN'S SURGICAL CENTER,
P.S.C., *et al*.,

        Plaintiffs,

      v.

ANDREW G. BESHEAR *et al.*,

        Defendants.

Case No.:  3:18-cv-00224-JHM

**<u>DECLARATION OF ANNE DAVIS, M.D., M.P.H.</u>**

ANNE DAVIS, M.D., M.P.H., declares and states as follows:

1.      I submit this declaration in support of Plaintiffs' Motion for Temporary Restraining Order and/or Preliminary Injunctive Relief. I am a physician licensed to practice medicine in the state of New York. I have been Board Certified in obstetrics and gynecology by the American Board of Obstetrics and Gynecology since 2001. I hold a B.A. in Psychology and Neurobiology from Cornell University, an M.D. from the Columbia University Vagelos College of Physicians and Surgeons, and a Masters of Public Health in Epidemiology from the Columbia University Mailman School of Public Health. I am also a member of the Association for Reproductive Health Professionals, a Fellow of the American Congress of Obstetrics and Gynecology, and a Fellow of the Society of Family Planning.

2.      I completed my residency in obstetrics and gynecology ("OBGYN") at the University of Washington, in Seattle, Washington, and completed a Fellowship in Family Planning in the Columbia University Medical Center Department of Obstetrics and Gynecology. As part of the Family Planning Fellowship, I received training in abortion from

experts in the field. I also participated in the training of residents and medical students during my fellowship.

3.      At the Columbia University Vagelos College of Physicians and Surgeons and at the Columbia University Medical Center Department of Obstetrics and Gynecology in New York, as well as during my medical residency at the University of Washington, I have gained substantial experience with birth and abortion procedures. I have also worked at freestanding clinics, including at Planned Parenthood in New York and the Feminist Women's Health Centers in Renton and Yakima, both in Washington State.

4.      At present, I am the Wyeth Ayerst Associate Professor of Obstetrics and Gynecology in the Department of Obstetrics and Gynecology at Columbia University Irving Medical Center and the Director of the Kenneth Ryan Fellowship in Family Planning. In that role, I am responsible for numerous aspects of medical care at Columbia University Irving Medical Center, including gynecological and obstetrical care of patients in the first and second trimester of pregnancy and the provision of first- and second-trimester miscarriage and abortion care. I also conduct research on contraception for women with chronic medical conditions, including epilepsy, in collaboration with neurologists. I have also done research on pain control for women during abortion procedures and on contraception after medical abortion.

5.      My *curriculum vitae,* which sets forth my experience and credentials more fully, is attached.

6.      The opinions in this declaration are my expert opinions, which are based on my education, training, practical experience as an OBGYN and an abortion provider; my attendance at professional conferences; review of relevant medical literature; and conversations with other medical professionals. All of my opinions in this declaration are expressed to a

reasonable degree of medical certainty.

7.      I have reviewed H.B. 454, including the prohibition on an abortion method that "results in . . . dismemberment" as the physician empties the uterus with instruments. That language does not use actual medical terminology.  Nonetheless, separation of fetal tissue is standard in the evacuation phase of a method known as Dilation and Evacuation ("D&E"). The Act thus bans D&E.  D&E is the safest and most common abortion method starting early in the second trimester, accounting for more than 95% of all such abortions nationally. Indeed, at this pre-viability stage of pregnancy, D&E is the *only* abortion method available in an outpatient setting. In my expert opinion, the ban on D&E departs from decades of established medical practice and is detrimental to both patient safety and the practice of medicine.

## THE D&E METHOD

8.      Legal abortion is one of the safest medical procedures in the United States, and it is very common.[1] Approximately 1 in 4 women obtain an abortion by the age of 45.[2] About 59% of abortions are obtained by women with children.[3]  About 75% of abortion patients are poor or low-income.[4]

9.      When considering the risks of abortion, it is useful to consider the context of pregnancy and childbirth. Women who seek abortions are pregnant, which itself carries risks. For women, undergoing abortion is dramatically safer than carrying a pregnancy to term. The risk of death (maternal mortality) among women is estimated to be 8.8 per 100,000 live births,

---

[1] NATIONAL ACADEMIES OF SCIENCES, ENGINEERING, AND MEDICINE, THE SAFETY AND QUALITY OF ABORTION CARE IN THE UNITED STATES (2018), https://doi.org/10.17226/24950.

[2] GUTTMACHER INST., INDUCED ABORTION IN THE UNITED STATES (January 2018), https://www.guttmacher.org/sites/default/files/factsheet/fb_induced_abortion.pdf.

[3] *Id.*

[4] *Id.*

whereas less than one woman dies for every 100,000 abortion procedures (roughly comparable to the risk associated with miscarriage).  Thus, the risk of death associated with childbirth is approximately 14 times higher than that associated with abortion.[5]   Abortion-related mortality is significantly lower than that for other common outpatient medical procedures, such as colonoscopy (2.9 deaths per 100,000 procedures).[6] While the risks related to second-trimester abortions remain extremely low overall, these risks do increase as pregnancy advances. Thus, delay in care increases risks.

10.     In the first trimester of pregnancy, abortions are performed using medications or surgical treatments.  Although it is common to refer to "surgical abortions," they are not surgical in the usual sense: they do not involve any incision into the woman's skin.  Medication abortions, which are provided through approximately 70 days of pregnancy, as measured from a woman's last menstrual period ("LMP"), involve the ingestion of two types of medications (pills) at least one day apart. Surgical abortions in the first trimester are performed by dilating (opening) the uterine cervix and then using gentle suction to empty the pregnant uterus.

11.     Second-trimester abortion is an important component of comprehensive women's health care. Women seek termination of pregnancy for a variety of medical and social reasons, including poverty, youth, and having completed one's family. Circumstances that can lead to second-trimester abortion include delays in suspecting and testing for pregnancy; delay in obtaining funds necessary for the procedure and related expenses (travel, childcare, lost wages); a medical condition requiring hospital referral, and delay in obtaining a referral; as well as difficulties locating and travelling to a provider. In addition, the identification of most major

---

[5] E.G. Raymond & D.A. Grimes, *The Comparative Safety of Legal Induced Abortion and Childbirth in the United States*, 119 OBSTETRICS & GYNECOLOGY 215 (2012).

[6] NATIONAL ACADEMIES OF SCIENCES, ENGINEERING, AND MEDICINE, *supra* note 1.

anatomic or genetic anomalies in the fetus occurs in the second trimester; some women seek abortion in those circumstances.[7]

12.     Starting early in the second trimester, when suction alone is no longer sufficient to empty the uterus, physicians begin using the D&E technique to perform abortions. A D&E has two steps: dilation of the cervix and then removal of the fetus, placenta and uterine lining (decidual tissue) with surgical instruments and suction. As with virtually all medical procedures, there is some variation among physicians as to preferred techniques. For example, cervical preparation, the dilation and softening process, can be accomplished by various methods alone or in combination. These methods include medications (similar to those used for labor induction at term); the use of graduated, tapered dilators, which are gently passed through the cervix and removed; and/or the insertion of small osmotic dilators, which are placed in the cervix and absorb moisture from the body to gently and gradually open the cervix over an interval of several hours. Based on the method of cervical preparation, the physician may start the dilation process for a D&E abortion one or two days before the evacuation procedure itself, or complete the cervical dilation and the evacuation on the same day.

13.     Once cervical softening and dilation occur, analgesia and sedation or anesthesia is administered. In the D&E process, the physician uses suction to remove amniotic fluid and blood and uses a combination of suction and forceps or other surgical instruments to remove the fetus and placenta. Usually, because the cervical opening is narrower than the fetal parts, some disarticulation or separation of fetal tissues occurs as the physician withdraws fetal parts held in the instrument through the cervix. This is why all D&Es that do not involve successful attempts to induce fetal demise prior to the use of surgical instruments will violate the law. As a final

---

[7] Am. Coll. of Obstetricians & Gynecologists, *Practice Bulletin Number 135: Second Trimester Abortion*, 121 OBSTETRICS & GYNECOLOGY 1394 ( 2013).

step, suction curettage is often performed to ensure that the uterus is completely evacuated. This process takes between 10-15 minutes on average.

14.     D&E is extremely safe. Major complications occur in less than 1% of D&E cases.[8]

15.     The extremely low complication rate for second-trimester abortion is, in large part, attributable to the development of the D&E method itself. Prior to the advent of the D&E method, second-trimester abortion could only be performed via hysterotomy – a surgical procedure, comparable to a cesarean section delivery, entailing an incision through the woman's abdomen and uterus, and carrying all the risks of significant abdominal surgery – or via the administration or "instillation" of certain medical agents to induce labor, which was a prolonged process with a poor safety record and significant side effects.

16.     D&E was also a major innovation in abortion care because it is well-suited to outpatient, ambulatory settings. Starting early in the second trimester, D&E is the *only* abortion method available in an outpatient setting. Today, the only alternative to D&E is an induction abortion procedure, in which physicians use medication to induce labor and delivery of a non-viable fetus. While much safer than the instillation induction abortions of the past, induced labor abortions must nevertheless be performed at a facility that can admit patients for an extended stay, such as a hospital or hospital-like facility, and the length of the procedure can vary from 5-6 hours up to 2-3 days. As such, induction abortions are usually far more expensive than clinic-based D&E abortions. Inductions also require women to go through labor, which can be painful for many hours, and are often done in a labor and delivery area, which can be psychologically challenging for some women, especially those who are obtaining an abortion

---

[8] C. Hammond & S. Chasen, *Dilation and Evacuation*, *in* MANAGEMENT OF UNINTENDED AND ABNORMAL PREGNANCY: COMPREHENSIVE ABORTION CARE 158 (Maureen Paul *et al*. eds., 2009).

after learning of a devastating fetal diagnosis.

17.     Further, following an induction, between 10-33% of women have a retained placenta and must undergo an additional surgical procedure (a dilation and curettage, which is performed in a manner akin to a D&E) to have it removed.[9] In some cases, the induction may fail, and a D&E must be performed urgently if infection or heavy bleeding occurs. Induction abortion can cause uterine rupture, which is rare but can be life-threatening. This is especially a concern for women who have had previous multiple cesarean deliveries, a common obstetrical history. The vast majority of patients, when given the alternatives of labor induction and D&E, will elect D&E.

## ATTEMPTING TO INDUCE FETAL DEMISE

18.     It is my understanding that because H.B. 454 took effect upon signing, the sole clinic providing D&E in Kentucky has stopped doing so.  That is not surprising: to avoid criminal sanctions, the only way a physician in Kentucky could continue to perform D&E abortions w\ould be to take steps to induce fetal demise prior to starting the procedure. However, it is my expert medical opinion that there is no safe, reliable way to do so, and attempting to would increase the risk, complexity, pain and length of the abortion procedure, without any medical benefit to the patient. To my knowledge, there is no other context in which, in order to provide care, doctors must administer an additional unnecessary, painful, and invasive medical procedure, with increased risks, in contravention of their expert medical judgment, the best interests of the patient, and the wishes of the patient. For physicians who reasonably believe that it is medically unwise and ethically impermissible to subject patients to such a procedure, the law leaves them no other options. They are unable to continue to perform

---

[9] A.M. Autry *et al.*, *A Comparison of Medical Induction and Dilation and Evacuation for Second Trimester Abortion*, 187 AM. J. OBSTETRICS & GYNECOLOGY 393 (2002).

second-trimester abortions.

19.     The American Congress of Obstetricians and Gynecologists ("ACOG") has stated that there is no sound medical basis for requiring abortion providers to induce fetal demise prior to performing a D&E. According to ACOG, "No evidence currently supports the use of induced fetal demise to increase the safety of second-trimester medical or surgical abortion."[10] Similarly, the Society of Family Planning has determined that based on current medical evidence, the harms associated with fetal-demise procedures outweigh their benefits.[11] ACOG's and SFP's statements are fully consistent with the medical literature, and are respected authorities within our field. Attempting to cause fetal demise prior to beginning a D&E therefore should not be imposed on every patient.[12]

20.     However, I am aware that starting at 18-20 weeks LMP, a minority of physicians attempt to induce fetal demise prior to an abortion by administering a pharmacological agent. In the United States, among physicians who do so, the most commonly used method is an intraamniotic or intrafetal injection of digoxin—a medication that is also used to treat certain heart conditions.

21.     To attempt to induce fetal demise with digoxin, most providers use a long spinal needle passed through the woman's abdomen, or her vagina and cervix, into the uterus using ultrasound guidance. After confirming correct needle placement, providers inject the digoxin intrafetally or intraamniotically. These procedures, particularly intrafetal injections, can be technically difficult for the physician and both physically and emotionally painful for the

---

[10] Am. Coll. of Obstetricians & Gynecologists, *supra* note 7.

[11] J. Diedrich & E. Drey, *Induction of Fetal Demise Before Abortion*: *SFP Guideline 20101*, 81 CONTRACEPTION 462 (2010).

[12] *Id.*

patient.

22.     Because digoxin can take up to 24 hours to be effective, digoxin would need to be administered at least 1 day before the D&E procedure, adding an extra day (at least) to the procedure and requiring an additional trip to the clinic in all cases in which the physician was not already beginning cervical preparation the day before the evacuation.[13]

23.     Though it is rare, some women have medical contraindications to digoxin injections. Digoxin injections are also less likely to be successful or achievable for obese women when a needle cannot safely reach the inside of the uterus; obesity is common.  Uterine fibroids, which are benign growths in the uterus, likewise make it difficult or impossible to administer digoxin because they are solid and can become calcified and therefore challenging to pass through with a needle; fibroids likewise are common.

24.     Digoxin is not 100% effective in causing fetal demise. Although an experienced provider who performs an intrafetal injection may have a low failure rate (no demise occurs), the failure rate increases in intraamniotic injections. Intraamniotic injections take longer to cause demise and are associated with higher rates of infection and extramural delivery (expulsion of the fetus outside a medical facility) than intrafetal injection.[14] Intrafetal injections are more technically difficult, and sometimes impossible to perform even for the most skilled physicians, due to fetal position, uterine anatomy and other factors, especially when the fetus is smaller in size, i.e., earlier in pregnancy. Thus, it is impossible to know prior to attempting demise whether an intrafetal injection will be possible, and it is impossible to know whether a given patient will be a patient in whom digoxin simply fails to cause fetal demise.

25.     There is virtually no data addressing the use of digoxin in women with

---

[13] L. Borgatta *et al.*, *Relationship of Intraamniotic Digoxin to Fetal Demise*, 81 CONTRACEPTION 328 (2010).

[14] J. Diedrich & E. Drey, *supra* note 11.

pregnancies before 18 weeks LMP – when most D&Es occur.   Moreover, because the fetus is

so small prior to 18 weeks, and intrafetal injection is therefore so much more difficult, the

administration of digoxin would likely be intraamniotic.  It would therefore be more likely to

fail.

26.     Under this law, if a physician were to attempt to comply by taking steps to

attempt to induce fetal demise, but fetal demise was not induced in the expected time period

after the first digoxin injection, a second injection would be necessary to avoid criminal

liability.  Even among physicians who induce fetal demise with digoxin, performing a second

injection and waiting even longer for demise is not acceptable medical practice. If the first

injection fails, there is no medical benefit to delaying the abortion any further at this point, but

there is increased risk of uterine infection, extramural delivery, or digoxin toxicity. To my

knowledge, there is no published information to demonstrate the safety of multiple, sequential

doses of digoxin to induce fetal demise in pregnant women, after the first injection fails.

27.     There is limited medical literature on attempting to cause demise, but much of

what there is has come in the wake of enforcement of federal and state bans on so-called partial

birth abortions. As many of these studies acknowledge, physicians who began using demise did

so to avoid legal liability, not for any medical benefit.[15]

28.     The limited research to date has not shown medical benefits of digoxin before

abortion. To the contrary, digoxin has been shown to increase medical risks, including

infection; extramural delivery, which can cause not only hemorrhage but emotional distress;

and the rate of hospital admissions, which in one study was six times higher for women who

---

[15] *Id.*

had digoxin than for other women.[16]  It also causes increased vomiting and nausea, and the injection procedure itself carries some risks. On balance, research indicates that there is no medical support for routine use of digoxin injections, which carry risks.

29.     In my practice, we have never routinely attempted to induce fetal demise prior to performing a standard D&E procedure. Shortly after the U.S. Supreme Court upheld the federal partial birth abortion ban, to comply with that ban, we began administering digoxin for patients at or after 18 weeks LMP where we felt an intact procedure was safer for patients. We administered digoxin via transabdominal intrafetal or intraamniotic injection approximately 24 hours prior to D&E. After only a few months, we abandoned the practice. Digoxin administration provided no safety benefits to our patients and was not effective in every case, but it deeply upset some patients to undergo the transabdominal procedure. During the procedure itself, some patients cried due to the pain and emotional distress of being subjected to an invasive injection. We abandoned the practice because we felt it did not put patients' best interests first and caused harm to our patients, in violation of our medical ethics.

30.     In short, digoxin is not feasible in the early weeks of the second trimester, when most D&Es occur; it is contraindicated in some patients; and even in those patients in whom a physician can perform the injection, digoxin simply fails to cause demise in an unacceptably high percentage of cases – and it is impossible to know in which patients it will fail.  In the case of such failures, the woman may already be dilated, but H.B. 454 would criminalize evacuating the uterus even though it is clinically indicated to do so at that time. Digoxin is thus not a reliable clinical practice allowing compliance with the ban: it does not allow a physician to initiate a D&E because it offers no certainty that he or she could complete it.

---

[16] Dean *et al.*, *Safety of Digoxin for Fetal Demise Before Second-Trimester Abortion by Dilation and Evacuation*, 85 CONTRACEPTION 144 (2012); J. Diedrich & E. Drey, *supra* note 11.

31.     Less common than digoxin, some physicians with advanced training induce demise using intracardiac (fetal) administration of potassium chloride (KCl) via transabdominal injection performed with ultrasound guidance. KCl is injected in the fetal heart; then ultrasound is used to confirm asystole (no cardiac activity). KCl use includes a risk of maternal cardiac arrest if inadvertent intravascular injection occurs.[17] There are also risks of intraamniotic infection or chorioamnionitis. Like injections of digoxin, injections of KCl can be greatly complicated or made impossible in some women with common conditions such as obesity and uterine fibroids.  Due to dilution, KCl will not cause fetal demise when injected into the amniotic fluid; injection into the fetal heart or umbilical cord is required. An intracardiac injection of KCl is virtually 100% effective, but requires an extremely high level of skill to perform, and thus is typically performed only by Maternal-Fetal Medicine OBGYNs following a specialized fellowship with extensive and lengthy advanced training at a major medical center.  Thus, even putting aside the risk to women, KCl is not a method of demise that can be administered by the vast majority of abortion providers without extensive additional training that is, as a practical matter, unavailable outside certain Maternal-Fetal Medicine fellowships.

32.     KCl administration is most commonly performed for selective termination in a multifetal pregnancy or to induce fetal demise of a fetus with anomalies before labor induction, and, as discussed above, only a small number of physicians possess the requisite skill and experience. Further, unlike attempts to induce fetal demise prior to a D&E procedure, multifetal pregnancy reduction confers medical benefits by reducing risks associated with multifetal gestation.

33.     I am also an expert witness in challenges to D&E bans enacted in Alabama and

---

[17] G.A. Coke *et al.*, *Maternal Cardiac Arrest Associated with Attempted Fetal Injection of Potassium Chloride*, 13 INT'L J. OBSTETRIC ANESTHESIA 287 (2004).

Kansas. In those cases, the state suggested that a physician could transect (separate) the umbilical cord as another means of inducing demise prior to a D&E procedure. However, the procedure of intrauterine cord transection is not widely practiced, is barely researched, and has no known medical benefit.[18]  In attempting to locate, grasp and transect the cord, the physician would have absolutely no way to ensure that he or she does not grasp fetal tissue instead of or in addition to the cord.  Because this is the exact action H.B. 454 criminalizes, attempting cord transection in no way allows the physician to comply with the ban.

34.     In addition, cord transection is simply not technically feasible in some cases because it can be impossible to locate and divide the cord.  A physician has no way of knowing before starting the procedure whether she will be able to locate the cord.  Because a physician cannot start a procedure without knowing he or she can safely and legally complete it, cord transection is not a feasible means to comply with the D&E ban.

35.     To transect the cord, the physician would have to rupture the membranes and insert an appropriate surgical instrument or suction into the uterus to attempt to locate and grasp the cord and divide it with gentle traction, and then wait for demise to occur.  Maternal bleeding can be on-going as the surgeon waits.

36.     There is no guarantee that this will be possible.  While umbilical cord transection may occur when the fluid from the amniotic sac is removed using suction, that does not occur in every case, or even in most cases. Once the amniotic fluid has been removed, any attempt at umbilical cord transection becomes a blind procedure that cannot be guided using

---

[18] I am aware of only one, retrospective case series discussing the use of routine umbilical cord transection as a method of inducing fetal demise, which to my knowledge constitutes level C evidence, meaning there is insufficient evidence to support the recommendation. The retrospective analysis was based on the charts of two physicians, at one clinic, which were prepared for their records, not for a research study. Further, a single retrospective study such as this, compared for example to a prospective randomized study, does not justify a change in practice. K. Tocce *et al.*, *Umbilical Cord Transection to Induce Fetal Demise Prior to Second-Trimester D & E Abortion*, 88 CONTRACEPTION 712 (2013).

ultrasound technology.  That is because without amniotic fluid, the uterus contracts; the fetal

tissue, placenta and cord become compressed into a single mass; and there is no way to

distinguish the cord from the other tissue.  In the early part of the second trimester, when most

D&Es occur, this is even more difficult than it would be later, because the earlier in pregnancy,

the smaller the cord and the harder it is to distinguish.  Passing instruments through the cervix

and into the uterus to try to locate the cord carries the risk of blood loss and uterine perforation,

for no medical justification, and prolongs the procedure while the patient is bleeding.

37.     Even if successful, waiting for demise can as much as double the length of the

procedure (this is not including the time it may take to locate and transect the cord). This goes

against my medical training and judgment. Once the procedure has been started, it is best for

the patient to have her surgery completed as quickly as possible, as waiting can increase the

amount of blood loss, and the amount of anesthesia a woman needs, all without any medical

benefit.

38.     Thus, the use of umbilical cord transection is not a tested or reliable method, and

in many cases may be a technically impossible method, of attempting to induce demise prior to

a D&E.  Moreover, the physician would know only after dilating the cervix and rupturing the

membranes that he or she could not safely locate and grasp the cord, but by that point, it would

be medically imperative to proceed with the D&E.

## **CONCLUSION**

39.     By banning D&Es, the law denies care to every woman seeking a pre-viability

surgical abortion starting early in the second trimester.  Procedures to attempt to cause fetal

demise would be in some cases untested and essentially experimental, would increase risks, and

cannot be relied on to comply with the ban.  The result in Kentucky is an extraordinarily negative

impact on women seeking second-trimester abortions. It is a crisis, but an entirely foreseeable one, that physicians in Kentucky have stopped providing D&E abortions altogether.  If they proceed to provide the safe pre-viability abortion care their patients seek, they would face criminal prosecution.

40.     For these reasons, the Act is harming both Kentucky physicians and their patients.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 11, 2018, in New York City.

_____

Anne Davis, M.D., M.P.H.

1. Anne Davis

1) **<u>Date of Preparation</u>**          11/21/2017

2) **<u>Personal data</u>**

    Name                          Anne Rachel Davis, MD, MPH, FACOG

    Contact information      622 West 168th Street
                                        Presbyterian Hospital 16-69
                                        Department Obstetrics and Gynecology
                                        Columbia University Medical Center
                                        New York, NY  10032

    Birthplace                    Rochester, NY
    Citizenship                   U.S.

3) **<u>Academic appointments, hospital appointments and other work experience</u>**

    ***Academic appointments, Department Obstetrics and Gynecology Columbia University Medical Center***

| | |
|---|---|
| 7/2008-current | Associate Professor of Obstetrics and Gynecology |
| 7/1999-6/2008 | Assistant Professor of Clinical Obstetrics and Gynecology |
| 7/1997-6/1999 | Clinical Instructor in Obstetrics and Gynecology |
| 2012-current | Director, Kenneth Ryan Fellowship in Family Planning |
| 7/2004-6/2012 | Co-director, Kenneth Ryan Fellowship in Family Planning |

    ***Department of Urology***

        2001-2004                 Co-director, New York Center for Human Sexuality

    ***Hospital appointment***

        1999-current               Attending Physician, Columbia University Medical Center

4) **<u>Education</u>**

        9/1984-6/1988            BA, Psychology and Neurobiology
                                          Cornell University, Ithaca, NY

        9/1993-6/1997            Medical Doctor
                                          College of Physicians and Surgeons, NY, NY

2. Anne Davis

| 9/1997-6/2002 | Masters of Public Health, Epidemiology |
| | Mailman School of Public Health, NY, NY |

**5) <u>Training</u>**

| 7/1997-6/1999 | Fellow, Columbia University Medical Center Department Obstetrics and Gynecology, Fellowship in Family Planning, New York, NY |
| 7/1993-6/1997 | Intern and Resident, Obstetrics and Gynecology, University of Washington, Seattle, WA |

**6) <u>Explanation of Gaps</u>**   None

**7) <u>Licensure and board certification</u>**

*Licensure*

| 1997-current | New York State  #207702 |
| 1993-1997 | Washington State  #32927 |

*Board qualification*

| 2001-2014 | American Board of Obstetrics and Gynecology |
| | Certification 2001, renewed annually, last 2015 |

**8) <u>Honors and awards</u>**

2015  Benson and Pamela Harer Seminar on History.  "Your" Reproductive Decision? There's a Law for That.  American College of Obstetrics and Gynecology, Annual meeting, San Francisco, CA

2014  Leadership Management Institute, Columbia University Medical Center

2011  National Physician Advocacy Merit Award. Institute on Medicine as a Profession, awarded to three physicians annually

2010  Best Abstract in Neuroendocrinological Research. American Academy of Neurology, Neuroendocrinology Section

2005  Physician Leadership Conference, New York Presbyterian Hospital

2003  Elected to New York Obstetrical Society

3. Anne Davis

2001   Early Career Women Faculty Professional Development Program, AAMC

1997   Outstanding Resident Teacher, Department OB/GYN, University of Washington.

1993   Alpha Omega Alpha, College of Physicians and Surgeons.

1993   Conrad Lattes Fellowship, Columbia Society and Medicine Program.

1990   Dean's Summer Research Fellowship, College Physicians and Surgeons.

1987    Ford Foundation Research Fellowship, Cornell University.

1984-88: Magna cum Laude, Phi Beta Kappa, Phi Kappa Phi, Dean's List, Cornell University

## 9) Academic service

### *Local*

| | |
|---|---|
| 2013-current | Clinical Competency Committee, Department Obstetrics and Gynecology |
| 2010-current | Institutional Review Board, alternate, Columbia University Medical Center. |
| 2008-2010 | Institutional Review Board, full member, Columbia University Medical Center. |
| 2006-2008 | OR Anesthesia Committee, Allen Hospital. |
| 2003-current | Department Obstetrics and Gynecology, Residency Interview Committee |
| 2002-2007 | Department Obstetrics and Gynecology, Quality Assurance Committee |

### *National*

| | |
|---|---|
| 2015-2016 | Education sub-committee: "M" in "MFM". Society of Maternal Fetal Medicine. |

## 10) Professional Organizations and Societies

### *Memberships and positions*

Local

| | | |
|---|---|---|
| 2003-current | New York Obstetrical Society | |
| | 2005 | Membership Committee |
| | 2006 | Committee Chair, Residency/Fellowship |

4. Anne Davis

Research Day

National

| 2005-current | Society of Family Planning, Fellow |
| 2004-current | Association for Reproductive Health Professionals, member |
| 2003-current | National Abortion Federation, member |
| 1997-current | Physicians for Reproductive Health |

> Leadership Training academy council of advisors 2014 –current
>
> Consulting medical director, 2011-current
> Chair, Rashbaum Tiller Award Committee 2008-current
> Board of Directors, 1999-2008

| 1997-current | American Congress of Obstetrics and Gynecology, Fellow |
| 1989-2008 | American Medical Women's Association, member |

International

| 2000-2005: | International Society for Women's Sexual Health, member.  Board of Directors, 2001-2002 |

**Consultative**

Local

| 2014-current | NYC DOH Office of School Health- Adolescent Health Unit. Medical Advisor to School Based Health Center- Reproductive Health Project, New York City. Office of School Health- Adolescent Health Unit. |
| 2011-current | Physicians for Reproductive Health. Consulting Medical Director |
| 2004-2006 | IPAS.  Trainer.  NYC Health and Hospital Corporation (HHC) initiative to improve surgical and medical management of early pregnancy failure. |

National

| 2015 | Association for Reproductive Health Professionals. Development of program materials for webinar and presentation |

5. Anne Davis

related to contraception for women with epilepsy.

| | |
|---|---|
| 2014 | FDA Center for Drug Evaluation and Research.  Bone, Reproductive and Urologic Drugs Advisory Committee invited member to special committee meeting, December 18, 2014 |
| 2014-current | Agile Pharmaceuticals.  Pregnancy adjudication committee, contraceptive patch clinical trial. |
| 2013-2014 | Fellowship in Family Planning, reviewer, fellow research proposals |
| 2013-current | TEACH project.  Scientific Advisory Committee. Development of teaching and training materials for first trimester abortion. |
| 2012 | American College of Obstetrics and Gynecology, reviewer, scientific abstract submissions |
| 2009-10 | Association of Reproductive Healthcare Professionals. Mainstreaming the IUD presentation for CME, curriculum development |
| 2005-2006 | Association of Reproductive Health Professionals.  Development of post-partum provider guidelines, first and revised editions |
| 2004-2005 | American Medical Women's Association.  Reproductive Health Initiative, Curriculum Development. |

International

| | |
|---|---|
| 2016 | The Educational University of Hong Kong.  Reviewer, research proposal for The Committee on Research and Development Healthcare and Promotion Fund. |
| 2011 | Gynuity.  Research consultant for implementation of the study: Capacitación para el equipo del estudio: Mifepristona y misoprostol en comparación con el misoprostol solo para la interrupción del embarazo en el segundo trimestre.  Medical Center of the University of San Juan, Puerto Rico |
| 2011 | Gynuity. Chair, data safety and monitoring board, international study of misoprostol for labor induction after fetal demise |
| 2006 | Gynuity.  Research consultant implementation of a RCT: protocol initiation medical versus surgical management of first trimester early pregnancy failure.  Maternidad  Isidro Ayalo and CEMOPLAF, Quito, Ecuador |
| 2005 | Gynuity. Development of "Instructions for Use: Misoprostol for Treatment of Incomplete Abortion and Miscarriage". Reproductive Health Technologies Project |

6. Anne Davis

### *Journal reviewer*

Obstetrics and Gynecology (top 100 Reviewers, 2005)

American Journal Obstetrics and Gynecology

British Journal of Obstetrics and Gynecology

Journal of the American Medical Women's Association

Journal of the Society for Gynecologic Investigation

Women's Health in Primary Care

American Journal of Public Health

Psychoneuroendocrinology

Contraception (top reviewer, 2014)

JAMA Archives of Pediatric and Adolescent Medicine

New England Journal of Medicine

The Medical Letter

Journal of Reproductive Medicine


**11)** **Fellowship and grant support**


### *Present Support*

1997-current    Anonymous Foundation.  Fellowship program in family planning and contraception.  ($416,127 for year 2014-2015).  Director 2012-current. Renewed annually


### *Past Support*

7/14-7/15    The Society of Family Planning. Combining research, mentorship and advocacy to advance the health of special populations. P.I. Davis ($40,000)

8/11-7/15    Safety, acceptability and efficacy of the LNG IUS in women with epilepsy. Investigator initiated. Bayer.  P.I. Davis ($218,277)

7/10-6/13    Pregnancy outcomes in women with epilepsy (WEPOD). Observational, controlled three year cohort study.  Milken Foundation.  PI J. French, Davis Co-I.

7. Anne Davis

| | |
|---|---|
| 3/2010-3/2011. | Epilepsy birth control registry project.  The Epilepsy Foundation.  On-line contraception registry for women with epilepsy.  P.I. A Herzog. Co-I Davis. |
| 7/09-2/1/11 | Multicenter, low-dose patch contraception trial, Phase 3.  Bayer, Multicenter trial. ($98,657). |
| 2/09-4/11 | Multicenter, open-label, randomized study to assess the safety and contraceptive efficacy of two doses (in vitro 12g/24 h and 16g/24 h) of the low-dose levonorgestrel contraceptive intrauterine system (LCS).  Bayer. ($32,000). |
| 3/05-2/07 | NICHD Oral contraceptives and cytochrome p450 inducers.  R03-HD048547-01. PI Davis ($170,500) |
| 3/03-9/04 | Levonorgestrel 90mg, ethinyl estradiol 20mcgs in a continuous daily regimen for oral contraception.  Wyeth P.I. Davis ($123,281). |
| 4/01 – 4/04 | NICHD N01-HD13321 – RCT on Management of Early Pregnancy Failure: Clinical Centers. ($479,006 Total). P.I. Westhoff, Davis Co-I. |
| 4/01-03/03 | NICHD R03-HD39776-RCT Oral contraceptives for the management of dysmenorrhea in adolescent girls.  P.I. Davis, ($170,500). |
| 8/01-07/03 | NICHD R21-AT00836.Effects of Hypericum Perforatum on oral contraceptives.  P.I Murphy, Co-I Davis ($250,000). |
| 7/01-6/02 | An fMRI study to localize the neuropsychiatric effects of testosterone replacement in post-menopausal women.  Partnership for Women's Health at Columbia University.  P.I. Seidman, Co-I Davis ($200,000). |
| 10/00-1/02 | A Multi-center, open-label, uncontrolled trial of the levonorgestrel-releasing IUS (intrauterine system) to evaluate insertion and counseling procedures.  P.I. Westhoff, Co-I Davis ($82,000). |
| 4/99-3/1/0 | A prospective, open-label study of levonorgestrel 0.75mg tablets as an emergency contraceptive agent.  Gynetics.  PI Westhoff, Co-I. Davis ($25,925). |

## 12)  Educational contributions

**Direct teaching, precepting, supervising**

8. Anne Davis

### Department Obstetrics and Gynecology

- Division of Prevention and Ambulatory Care, Division research meeting 1 hour weekly since 2001.
- Fellowship weekly didactic lecture, one hour weekly since 2012
- Clinical supervision of residents, one week per month surgical abortion services, 16 hours 1997-current.
- Resident education lectures.  Contraception, abortion, sexual dysfunction, dysmenorrhea.  1999-2008. Three hours per year.
- 1999-2012: Resident clinical supervision.  Family Planning Clinic 8-12 hours weekly.
- 2003-2006: St.Vincent's Hospital OB/GYN Resident clinical supervision.  3-4 months/year.
- 2011 Resident mentor.

### Department Family Medicine

2004-2010: Resident clinical supervision.  Family Planning Clinic, 8 hours weekly for six months yearly.

### College Physicians and Surgeons

1999-2008: Clinical supervisor. AMWA Reproductive Health Initiative fourth year elective, 2-3 months a year.

1999-current: Clinical supervisor.  Medical Students for Choice Student Externship, 2-3 months/year.

1999-2002: Clinical supervisor.  Sexuality and Reproduction (clinical practice course), first year medical students.

1999-2005. Third year medical student lectures. Contraception, abortion, sexual dysfunction. Four hours per year.

2008-current.  Third year medical student clerkship.  Clinical supervision, surgical abortion service.  Eight hours monthly.

2009-current: Lecturer.  Pharmacology, 2nd year.  Hormonal contraception.

### School of Public Health

Population and Family Health P6621. Guest lecturer, Fall 2001.

Secondary reader, candidates for Masters Degree in Public Health:

Dr. Katharine O'Connell, 2004

Sarah Kaufman, 2005

Tina Robilotto, 2005

9. Anne Davis

Dr. Paula Castano, 2005

Dr. Noa'a Shimoni, 2009

Dr. Karla Maguire, 2011

**Advising and mentorship**

Department Obstetrics and Gynecology

Fellowship

Residents

Sarah Horvath

P and S

Medical Students Jasmine Saadatmand, Lauren Osbourne

Other

Dara Matseone Leadership project

School of Public Health

Secondary reader, candidates for Master's Degree in Public Health:

Dr. Katharine O'Connell, 2004

Sarah Kaufman, 2005

Tina Robilotto, 2005

Dr. Paula Castano, 2005

Dr. Noa'a Shimoni, 2009

Dr. Karla Maguire, 2011

**13)  Report of Clinical and Public Health Activities and Innovations**

None

**14) Patents and inventions**

None

**15) Publications**

Peer reviewed publications in print or other media

10. Anne Davis

1.  Killackey MA, DAVIS AR. Papillary serous carcinoma of the peritoneal surface: matched case comparison with papillary serous ovarian carcinoma. Gynecol Onc 1993;51:171-174.

2.  DAVIS AR, Miller LA, Tamimi H, Gown A.  Methotrexate or mercaptopurine for early abortion.  Obstet Gynecol 1999;93:904-909.

3.  Westhoff C, DAVIS AR.  Tubal sterilization: focus on U.S. experience. Fertil Steril 2000;73:913-922.

4.  DAVIS AR, Westhoff C, DeNonno L.  Bleeding after early abortion with mifepristone or manual vacuum aspiration (MVA).  JAMWA 2000;55:141-144.

5.  DAVIS AR, Westhoff C.  Primary dysmenorrhea in adolescent girls and treatment with oral contraceptives.  J Ped Adol Gyn 2001;14:3-8.

6.  DAVIS AR, Nowygrod S, Westhoff C, Shabsigh R.  The influence of vaginal bleeding on the sexual behavior of urban, Hispanic women and men. Contraception 2002;65:351-355.

7.  Anastasiadis AG, Davis AR, Sawczuk IS, Fleming M, Perelman MA, Burchardt M, Shabsigh R. Quality of life aspects in kidney cancer patients: data from a national registry. Support Care in Cancer 2003:11:700-706.

8.  Gilles JM, Creinin MD, Barnhart K, Westhoff C, Frederick M, Zhang J for the National Institute of Child Health and Human Development Management of Early Pregnancy Failure Trial Group. A randomized trial of saline solution-moistened misoprostol versus dry misoprostol for first-trimester pregnancy failure. Amer J Obstet Gynecol 2004;190:389-394.

9.  Creinin MD, Harwood B, Guido R, Fox M, Zhang J for the National Institute of Child Health and Human Development Management of Early Pregnancy Failure Trial Group. Endometrial thickness after misoprostol use for early pregnancy failure. Inter J Gynecol Obstet 2004; 86: 22-26.

10.  Barnhart KT, Bader T, Huang X, Frederick M, Timbers, K, Zhang J for the National Institute of Child Health and Human Development Management of Early Pregnancy Failure Trial Group. Hormone patterns after misoprostol administration for a non-viable first-trimester gestation.  Fertil Steril 2004; 81:1099-1105.

11.  DAVIS AR, Robilotto CM, Westhoff CL, Forman S and Zhang J for the National Institute of Child Health and Human Development Management of Early Pregnancy Failure Trial Group.  Bleeding patterns after vaginal misoprostol for early pregnancy failure.  Human Rep 2004;19:1655-1658.

12.  DAVIS AR and Castano P.  Oral contraceptives and libido in women. Ann Rev Sex Res 2004; 15: 297-312.

13.  DAVIS AR, O'Connell K, Westhoff C, Gallagher N.  Oral contraceptives

and dysmenorrhea in adolescent girls: a randomized, placebo-controlled trial. Obstet  Gynecol 2005; 106:97-104.

14.  Zhang J, Gilles J, Barnhart K, Creinin M, Westhoff C, Frederick M, for the National Institute of Child Health and Human Development Management of Early Pregnancy Failure Trial Group. A comparison of medical management with misoprostol and surgical management for early pregnancy failure. NEJM 2005; 353 (8):761-769.

15.  Schafer J, Westhoff C, Osbourne L and DAVIS AR.  Acceptability and satisfaction using quick start with a contraceptive vaginal ring versus an oral contraceptive. Contraception 2006; 73:488-492.

16.  Creinin MD, Huang X, Westhoff C, Barnhart K, Gilles JM, Zhang J. For the National Institute of Child Health and Human Development Management of Early Pregnancy Failure Trial Group. Factors related to successful misoprostol treatment for early pregnancy failure. Obstet Gynecol 2006;107(4):901-7, 2006.

17.  DAVIS AR, O'Connell K, Westhoff C.  Self-treatment patterns for dysmenorrhea in adolescents.  J Ped Adol Gynecol 2006;19:285-289.

18.  DAVIS AR, Osborne L, Westhoff C and O'Connell K.  A placebo-controlled trial of oral contraceptives in adolescents: methodological challenges.  J Adol Health 2006;  39: 607-609.

19.  DAVIS AR, Hendlish SK, Westhoff C, Zhang J, Fredricks M, Gilles J, Barnhart K, Creinin M for the National Institute of Child Health and Human Development Management of Early Pregnancy Failure Trial Group.  Bleeding patterns after medical versus surgical management of early pregnancy failure: results from a randomized trial.  AJOG 2007;196:31e1-31.e7.

20. Westhoff CL, S Heartwell, S Edwards, M Zieman, G Stuart, C Cwiak, A Davis, T Robilotto, L Cushman and D Kalmuss. Oral contraceptive discontinuation: do side effects matter? AJOG 2007; 196:412.e1-412.e7.

21.  O'Connell K, DAVIS AR, Kerns J.  Oral contraceptives, side effects and depression among adolescent girls.  Contraception 2007;75(4):299-304.

22.  C Robledo, J Zhang, J Troendle, K Barnhart, M D Creinin, C Westhoff, X Huang, and M Frederick for the National Institute of Child Health and Human Development Management of Early Pregnancy Failure Trial Group.  Clinical indicators for success of misoprostol treatment after early pregnancy failure. Int J Gynaecol Obstet 2007;99(1):46-51.

23.  Edwards S, Tureck R, Frederick M, Huang X, Zhang J, Barnhart K for the National Institute of Child Health and Human Development Management of Early Pregnancy Failure Trial Group.  Manual Vacuum Aspiration Compared with Electric Vacuum Aspiration for Early Pregnancy Loss.  J Womens Health

12. Anne Davis

2007; 16(10):1429-36.

24.  DAVIS AR, Pack A, Yoon A, Kritzer J, Camus A.  Reproductive history, sexual behavior and use of contraception in women with epilepsy. Contraception 2008;77:405-409.

25.  DAVIS AR, Kroll R, Soltes B, Zhang N, Grubb GS, Constantine GD. Return to menses after cessation of a continuous oral contraceptive.  Fert Steril 2008; 89:1059-63.

26.  Pack, A, DAVIS AR, Kritzer J, Yoon A and Camus A.  Anti-epileptic drugs: are women aware of interactions with oral contraceptives and potential teratogenicity?  Epil and Behav 2009; 14(4):640-4.

27.  Dragoman M, DAVIS A, Banks E. Contraceptive options for women with preexisting medical conditions. J Womens Health (Larchmt). Mar 2010;19(3):575-580.

28.  Davis AR, Westhoff CL, Stanczyk FZ. Carbamazepine co-administration with an oral contraceptive: Effects on steroid pharmacokinetics, ovulation, and bleeding. Epilepsia 2011;52(2):243-247.

29.  Shimoni N, DAVIS AR, Ramos ME, Rosario L and Westhoff CL.  Timing of intrauterine device insertion after medical abortion.  Obstet Gynecol. 2011 Sep;118(3):623-8.

30. Maguire K, DAVIS AR, Tejeda LR, Westhoff C.  Intracervical lidocaine gel for intrauterine device insertion: a randomized controlled trial.  Contraception. 2012 Sep;86(3):214-9.

31. Guiahi M, DAVIS A.  First-trimester abortion in women with medical conditions: release date October 2012 SFP guideline #20122. Contraception. 2012 Dec;86(6):622-30.

32. Amoroso MW, Croft G, Roybon L, Oakley D, Williams D, DAVIS AR, Henderson C, and Wichterle H.  Accelerated high-yield generation of limb-innervating motor neurons from human stem cells using small molecules. Journal of Neuroscience. 2013;33(2):574-586.

33.  Maguire K, Morrell K, Westhoff C, Davis A.  Accuracy of providers' assessment of pain during intrauterine device insertion. Contraception. 2014 Jan;89(1):22-4.

34.  Shimoni N, DAVIS AR and Westhoff CW.  Can ultrasound predict IUD expulsion after medication abortion?  Contraception. 2014 May;89(5):434-9.

35.  Higgins J and DAVIS AR.  Sex and Contraception: Where are the Women? A Review of the Literature and Agenda for Future Research. Accepted, Contraception, March 2014.

36.  Morrell K, DAVIS AR.  Location, location, location: where you live

13. Anne Davis

determines your access to abortion.  Columbia Medical Review. 2017 Volume 1 (2):2-5.

37.  Morrell K, Cremers S, Westhoff CL, DAVIS AR.  Relationship between etonorgestrel level and BMI in women using a contraceptive implant for more than one year.  Contraception 2015;93:263-265.

38.  Herzog A, DAVIS AR, Hauser A, Mandle H, Cahill K.  Contraceptive practices of women with epilepsy: findings of the epilepsy birth control registry. Epilepsia 2016;57(4):630-7.

39.  Nippita S, Oviedo JD, Velasco MG, Westhoff CL, Davis AR, Castaño PM. A randomized controlled trial of daily text messages versus monthly paper diaries to collect bleeding data after intrauterine device insertion. 2015, 92(6): 578-84.

40. Maguire K, Joslin-Roher S, Westhoff CL, Davis AR. IUDs at 1year: predictors of early discontinuation.  Contraception. 2015 Dec;92(6):575-7.

41.  Davis AR, Heva JS, Pack A.  Women with epilepsy initiating a progestin IUD: A prospective pilot study of safety and acceptability. Epilepsia. 2016;57(11):1843-48..

42. Nippita S, Plewniak K, Davis AR, Westhoff C, Castaño P. Early bleeding after intrauterine device insertion: a prospective parallel cohort study. Manuscript in preparation. 2016.

43.  Harden C, Pennell P, French J, Davis A et al. Anti-mullerian hormone is higher in seizure free women with epilepsy compared to those with on-going seizures.  Epilepsy research 2016; 127:66-71.

44. Mandle H, Cahill K, Fowler K, Hauser A, Davis AR, Herzog A. Reasons for Discontinuation of Reversible Contraceptive Methods by Women With Epilepsy. Epilepsia 2017, 58(5):907-914.

45. Davis AR, Horvath SK, Castaño PM. Trends in gestational age at time of surgical abortion for fetal aneuploidy and structural abnormalities. Am J Obstet Gynecol. American journal of obstetrics and gynecology. 2017 Mar 31;216(3):278-e1.

46. Lazorwitz A, Guiahi M and Davis AR.  The effect of carbamazepine on etonorgestrel concentrations in contraceptive implant users. Contraception 2017.

47. Praditpan P, Hamouie A, Basaraba CN, Nandakumar R, Cremers S, Davis AR, Westhoff CL.  Pharmacokinetics of levonorgestrel and ulipristal acetate emergency contraception in women with normal and obese body mass index. Contraception. 2017 Jan 23. pii: S0010-7824(17)30010-0. doi: 10.1016/j.contraception.2017.01.004.

14. Anne Davis

48.  Herzog A, MacEachern D, Mandle H, Cahill C, Davis A and Hauser A. Folic Acid Use by Women with Epilepsy: Findings of the Epilepsy Birth Control Registry.  Epilepsy & Behavior 2017, 72:156-160.

49.  Moroz L, Riley LE, D'Alton M, Brown HL, DAVIS AR, Foley M, Graves CR, Sheffield JS, Zerden ML, Bryant AS. SMFM Special Report: Putting the "M" back in MFM: Addressing education about disparities in maternal outcomes and care. American Journal of Obstetrics and Gynecology (2017). doi: 10.1016/j.ajog.2017.11.592.


B.  Reviews, chapters


1.  DAVIS AR.  Recent advances in female sexual dysfunction.  Curr Psych Reports 2000;2:211-214.

2.  Book review.  A Clinician's Guide to Medical and Surgical Abortion. NEJM 2000;343(3):227-228.

3.  Anastasiadis AG, DAVIS AR, Ghafar MA, Burchardt M, Shabsigh R. The epidemiology and definitions of female sexual disorders. World J Urol, 2002;20:74-78.

4.  DAVIS AR.  Early pregnancy loss, recurrent pregnancy loss and ectopic pregnancy.  Resident study guide for CREOG exams. 2003, 2004, 2005.

5.  DAVIS AR, Teal S.  Controversies in adolescent hormonal contraception. Infert Reprod Med Clin N Am 2003;14:141-156.

6.  DAVIS AR, Engle C.  Sexual Function.  Reproductive Health Initiative Model Curriculum, 2nd Edition, Psychosocial module.  American Medical Women's Association, 2003.

7.  DAVIS AR, Boyd-Bragadeste K, Cheney B, Plumbo M, Sunyecz J and Thomas M. Postpartum counseling: a quick reference guide for clinicians. Association of Reproductive Health Professionals.  March, 2003, revised 2006.

8.  Scheinfeld N, DAVIS AR.  Teratology and drug use during pregnancy. Emedicine Journal, 2003.  http://author.emedicine.com/MED/topic3242.htm.

9.  Anastasiadis A, Droggin D, Davis A, Salomon L and Shabsigh R.  Male and female sexual dysfunction: epidemiology, pathophysiology, classification and treatment.  Principals of Gender Specific Medicine.  Editor: Marianne J. Legato, Elsevier Science, San Diego, CA, 2004, chapter 52, 573-585.

10.  Davis AR.  Contraception: making the right choice.  In Women with epilepsy: hormones, contraception and treatment options.   Supplement to

15. Anne Davis

Clinical Neurology News.  August, 2005.

11.  DAVIS AR, Schnare S.  Hormonal contraceptives and libido.  Dialogues in Contraception.  Volume 9, Issue 2, 2005.

12.  DAVIS AR, Harden C and Pennel P.  Women with Epilepsy: Hormones, Contraception and Treatment Options.  Supplement to OB/GYN News.  Summer 2005.

13.  Davis AR and Castano P.  Oral contraceptives and libido. In Women's Sexual Function and Dysfunction: Study, Diagnosis and Treatment.  Edited by I Goldstein, C Meston, S Davis and A Traish, Taylor and Francis, UK, 2005.

14.  Davis AR. Pregnancy prevention in epilepsy: assessing the options.  Practical Neurology 2006.  Vol 5 (2) 28-33.

15.  Dragoman M and DAVIS AR.  Abortion care for adolescents.  Clinical Obstet Gynecol 2008; 51(2): 281-9.

16.  Dempsey-Fanning A and DAVIS AR.  Medical management of early pregnancy failure: how to treat and what to expect.  Semin Reprod Med 2008.  Vol 26 (5) 401-10.

17.  Davis AR and Easterling TE.  Medical evaluation and management. In Management of unintended and abnormal pregnancy: comprehensive abortion care.  Blackwell, U.K. 2009.

18.  Davis AR and Beasley A.  Abortion in adolescents,epidemiology, confidentiality and methods.  Current Opinion in Obstetrics and Gynecology.  Curr Opin Obstet Gynecol October 2009; 21(5):390-395

19.  Grimes D, Davis AR, Ramos D.  Heavy menstrual bleeding.  Assessing impact, evaluating management options.  Supplement to OBG management.  October 2009.

20.  Shulman LP, Davis AR, Jensen JT, Moore A. Heavy menstrual bleeding from recognition to resolution. A supplement to the clinical advisor. April 2010.

21. Davis AR.  Abortion in adolescents.  In Textbook of Adolescent Health Care.  American Academy of Pediatrics, 2011.

22. Higgins J and Davis AR.  Sexuality & Contraception. Contraceptive Technology, 20th Edition.  Ardent Media, Inc, 2011.1-28.

23. Davis AR, Morrell KM.  Epilepsy and Contraception. In *Epilepsy and Women.*  Edited by CL Harden, SV Thomas, and T Tomson, Wiley-Blackwell, UK, 2013.

24. Pennell P and DAVIS AR.  Selection of contraception for women with epilepsy.  In: Bui and Klein A (eds).  *Women with Epilepsy: a practical management handbook.*  Cambridge, UK, Cambridge University Press, 2014.  Edited by Esther Bui and Autumn Klein.

16. Anne Davis

25.  DAVIS AR, Pack A and Dennis A. (2014). Contraception for women with epilepsy.  In *Contraception for the Medically Challenging Patient* (pp. 135-146). New York, NY: Springer.

26. Pennell P and DAVIS A.  Selecting contraception for women on anti-epileptic drugs. In: Waters J, O'Neal MA (eds). *Neurologic Illness in Pregnancy* (2014) Editors O'Neal, Walters.

27.  Praditpan P and DAVIS AR.  Manual vacuum aspiration: a safe and effective treatment for early miscarriage.  OBG Management 2015;11:38-43.

28.  Praditpan P and Davis AR.  Emergency Contraception: two steps forward, one step back.  Semin Reprod Med 2016;34:152-58.

C.  Case reports, letters

1.  Abortion is for women.  Winikoff B and Davis AR.  Lancet 2007: 369, June 9.

2.  Davis AR and Pack A.  . [Letter to the editor, in response to "Initial management of epilepsy"]  NEJM 2008; 359:2499-2500

3.  Davis AR.  (2011, January 9) [Letter to the editor, in response to "The Unborn Paradox"] The New York Times, p. WK9.

4.  Davis, AR.  (2013, November 5th). [Letter to the editor, in response to "In reversal, court allows Texas law on abortion" news article, Nov 1] The New York Times, p. A28.

5.  DAVIS AR, Pack A, Pennell P and Hesdorffer D.  Birth control in epilepsy: we need to know more.  Expert Review of Neurotherapeutics. Accepted 2017.

D.  Published and presented abstracts

1.  Killackey M and DAVIS AR.  Case-control comparison of papillary serous ovarian CA and papillary serous ovarian CA of the peritoneal surface.  Oral presentation:  Annual meetings of the American College of Obstetricians and Gynecologists and The Society of Memorial Gynecologic Oncologists, 1992.

2.  DAVIS AR, Miller LA, Tamimi H, Gown A.  Methotrexate vs. 6-Mercaptopurine for early abortion using the immunohistochemical assay Ki-67. Oral presentation: National Abortion Federation,1997.

3.  DAVIS AR, Nowygrod S, Westhoff C, Shabsigh R.  The influence of vaginal bleeding on the sexual behavior of urban Hispanic women.  Oral presentation:  Conference on Female Sexual Dysfunction,1999.

4.  Murphy P, DAVIS AR, Westhoff C, Soren K. Contraception for adolescent girls with chronic illnesses: a demonstration project.  Oral presentation: The Society for Adolescent Medicine, 2000.

17. Anne Davis

5.  DAVIS AR, Nowygrod S, Westhoff C, Shabsigh R .  The influence of vaginal bleeding on the sexual behavior of Hispanic women and men.  Poster presentation: The Association for Reproductive Health Professionals annual meeting, 2000.

6.  Anastasiadis AG, DAVIS AR, Sawczuk IS, Fleming M, Perelman MA, Burchardt M, Shabsigh R.  Sexual functioning, depression and quality of life in men and women with renal cancer.   Poster presentation: The Female Sexual Function Forum annual meeting, 2001.

7.  Anastasiadis AG, DAVIS AR, Sawczuk IS, Fleming M, Perelman MA, Burchardt M, Shabsigh R.  Sexual functioning in kidney cancer patients: data from a national registry.  Poster presentation: annual meeting American Society of Clinical Oncology, 2002.

8. Anastasiadis AG, DAVIS AR, Sawczuk IS, Fleming M, Perelman MA, Burchardt M, Shabsigh R.  High quality of life and relationship scores in men and women with high stage and metastatic kidney cancer? Poster presentation: Annual Scientific Program of the Sexual Medicine Society of North America, Inc., May 26, 2002.

9.  The MEPF Study Group NICHD.  Bleeding patterns after vaginal misoprostol for management of early pregnancy failure.  Oral presentation: The Association for Reproductive Health Professionals Annual meeting, 2002.

10.  DAVIS AR, Osborne L, Westhoff C and O'Connell K.  A placebo-controlled trial of oral contraceptives for dysmenorrhea in adolescent girls: methodological challenges and surprises.  Poster presentation: The Association for Reproductive Health Professional Annual Meeting 2003.

11.  Seidman S, DAVIS AR, Shabsigh R, Small S.  The acute effect of testosterone replacement in post-menopausal women as measured by fMRI.  Oral presentation:  International Society for Women's Sexual Health, 2003.

12.  DAVIS AR, O'Connell K, Westhoff C.  Oral contraceptives for dysmenorrhea in adolescent girls: a randomized, controlled trial. Oral presentation:  Association of Reproductive Health Professionals Annual Meeting, 2004.

13.  Seidman S, DAVIS AR, Shabsigh R, Small S.  The central acute effect of testosterone in post-menopausal women assessed by fMRI.  International Society of Sexual Medicine 2004, Buenos Aires.  Published: Journal of Sexual Medicine volume 1, supplement 3, 2004.   Awarded prize:  ISSM award for best clinical abstract in female sexual dysfunction.

14.  O'Connell K, Kearns J, DAVIS AR.  Self-treatment of moderate and severe dysmenorrhea in adolescent girls.  Poster presentation: Society of Adolescent Medicine, 2004.

18. Anne Davis

15.  DAVIS AR, O'Connell K, Westhoff C.  A double-blind randomized trial of an oral contraceptive vs. placebo for dysmenorrhea in adolescents. Poster presentation.  ACOG Annual Clinical Meeting 2004.

16.  O'Connell K, Kerns J, DAVIS AR.  Oral contraceptives and depression in adolescent girls. Poster presentation: Association of Reproductive  Health Professionals Annual Meeting, 2005.

17. DAVIS AR, Kroll R, Soltes B, Haudiquet V, Zhang N, Grubb GS, Constantine GD. Return to menses after use of a continuous low-dose oral contraceptive.  Oral presentation: American College of Obstetricians and Gynecologists annual meeting, 2006.

19.  DAVIS AR, Pack A, Camus A, Yoon A, Kritzer J.  Contraception in women with epilepsy.  Poster presentation: Association of Reproductive Health Professionals meeting, 2006.

20.  Osorio J, Reddy S, DAVIS AR, O'Connell K, Castano P, Simpson L, Yamashiro D and Mital S. Department Pediatric Cardiology and Obstetrics and Gynecology.  Growth signaling pathways in the developing human heart. Poster presentation Pediatric Academic Societies, 2007.

21.  DAVIS AR, Pack A, Camus A, Yoon A, Kritzer J.  Patient knowledge of teratogenicity and contraceptive interactions of anti-epileptic drugs.  American College of Obsterics and Gynecology annual meeting, 2007.

22.  DAVIS AR, Pack A, Camus A, Yoon A, Kritzer J.  Patient knowledge of teratogenicity and contraceptive interactions of anti-epileptic drugs.  American Epilepsy Society Annual Meeting, 2007.

23.  Hall KS, O'Connell K, DAVIS AR, Rickert V, Reame N, Westhoff C. Psychological Symptoms, Perceived Side Effects, and Oral Contraceptive Discontinuation in Minority Adolescent and Young Adult Women.  Eastern Nursing Research Society Conference, 2009.

24.  Tsai S, DAVIS AR, Wade C.  Case Series: Acupuncture point injection with vitamin K for treatment of dysmenorrhea. Oral presentation: The Pediatric Academic Societies 2010 Annual Meeting.

25.  DAVIS AR, Westhoff C, Stanczyk F.  Carbamazepine co-administration with an oral contraceptive: effects on steroid pharmacokinetics, bleeding and ovulation.  Poster presentation: American Academy of Neurology Annual Meeting, 2010.

26.  Pennell, P French, J, Harden, CL, Bartfeld, E,  DAVIS AR, Llewellyn, LG,  Staley, BA,  Lau, C, Keenan, HA. Evaluation of a mobile application tool in the WEPOD study.  American Epilepsy Society Annual Meeting 2011. Abstract 1.175. Epilepsia.

19. Anne Davis

27.  Maguire, K, Morrell K, Davis AR, Westhoff CL.  Oral presentation: Accuracy of Providers' Assessment of Pain during IUD Insertion. ACOG's 60th Annual Clinical Meeting May 07, 2012.

28. Llewellyn, N.; Harden, C.L.; French, J., Pennell, P.B.; Bartfeld, E., Davis, A.R., Lau, C., Lee, J.K.; Kirshenbaum, A.; Bagiella, E.  Maintenance of subject adherence to daily diary entry facilitated by use of a mobile application in the WEPOD study. 2012 Annual Meeting of the American Epilepsy Society.

29.  Herzog A, DAVIS AR, Hauser A.  Relative Risks of Changes in Seizure Frequency with Hormonal Contraception Vary by Antiepileptic Drug Category.  Platform presentation American Academy of Neurology Annual Meeting, San Diego, CA 2013.

30. Herzog A, DAVIS AR, Hauser A Relative Risks of Changes in Seizure Frequency with Hormonal Versus Non-Hormonal Contraception.  Platform presentation American Academy of Neurology Annual Meeting, San Diego, CA 2013.

31.  Nippita S, Castano P and DAVIS AR.  90-Day Bleeding Patterns After Intrauterine Device Insertion: A Prospective Parallel Cohort Study.  Poster presentation ACOG Annual Clinical Meeting 2014.

32. Nippita S, Castano P and DAVIS AR. Text Messages Versus Monthly Paper Diaries: Collecting Bleeding Data Following IUD Insertion.  Poster presentation Spring 2014 ACOG Annual Clinical Meeting.

33.  DAVIS AR, Pack A, Saadatmand J.  Contraception with the levonorgestrel IUS in women with epilepsy: results from the WE SAIL study.  Poster presentation at the North American Forum on Family Planning, Miami, Florida 2014.

34. Harden C, Lau C, Pennell P, Bagiella E, Huynh J, Kashambwa R, Llewellyn N, Kaufman B, Davis A and French J.  Menstrual cycle length in women with epilepsy trying to conceive compared to healthy controls.  Poster presentation American Epilepsy Society annual meeting 2014.

35. Harden C, Pennell P, French J, Davis A, Lau C, Kashambwa R, Kaufman B, Bagiella E, Kirshenbaum A. Mullerian Inhibitory substance (MIS) levels are associated with seizure occurrence in women with epilepsy. Platform S6.001; . 2015 American Academy of Neurology Annual Meeting.

36.  Llewellyn NG, Pennell PB, Lau C, Harden CL, French J, Bagiella E, Davis AR, Barnard S, Cornely, S.  Ovulation Rates in Women with Epilepsy Seeking Pregnancy compared to Healthy Controls. Poster 2.197; 2015 American Epilepsy Society Annual Meeting.

37.  Pennell P, Harden CL, French J, Davis AR, Bagiella E, Lau C.  A prospective study of pregnancy in women seeking contraception (The WEPOD study).  Oral presentation.  The American Academy of Neurology annual meeting 2016.

20. Anne Davis

38.  Fu A, Weber C, Gilmore E, Davis A, Hirsch G, Westhoff C.   A randomized controlled trial comparing transabdominal and transvaginal sonography for medical abortion eligibility assessment.  Poster presentation. North American Forum on Family Planning 2017.


**16) Invited and/or peer selected presentations at regional, national or international levels**

Grand rounds speaker Departments Obstetrics and Gynecology

1.  University of Puerto Rico at San Juan, San Juan, Puerto Rico.  Early surgical abortion, 1998.

2.  Columbia University Medical Center, New York, NY.  Tubal sterilization, 1998.

3.  Columbia University Medical Center, New York, NY.  Female sexual dysfunction: an update, 2001.

4.  St. Vincent's Hospital, New York, NY.   Recent Advances in Contraception and the levonorgestrel intra-uterine system, 2002.

5.  Albany Medical College, Albany, NY.  Overview of medical abortion, 2002.

6.  Jersey Shore Medical Center, NJ.  Abortion in the United States, 2002.

7.  Kaiser Los Angeles Medical Center, Los Angeles, CA. Medical abortion regimens, 2002.

8.  Cedars-Sinai Medical Center, Los Angeles, CA.  Medical management of pregnancy termination, 2002.

9.  New York University, NY.  Overview of Abortion 2003.

10.  Elmhurst Medical Center, Queens, NY.  New options for pregnancy termination, 2003.

11.  University of Medicine and Dentistry of New Jersey. Newark, NJ. Second trimester abortion, 2004.

12.  Columbia University Medical Center, NY, NY.  Oral contraceptives and dysmenorrhea in adolescent girls, 2004.

13.  Staten Island Medical Center.  Emergency Contraception, 2004.

14.  Queens Medical Center, Jamaica, NY.  Early options for pregnancy termination, 2004.

15.  NY Methodist Hospital. Medical abortion, 2005.

16. Maimonides Medical Center.  Medical abortion regimens, complications, and side effects, 2005.

17. Harlem Hospital Center, NY, NY.  Intrauterine contraception: expelling the myths and dealing with the dilemmas, 2005.

18. University of Illinois at Chicago.  Chicago, IL.  Gynecologic uses of misoprostol, 2005.

19. Bronx Lebanon Medical Center.  Bronx, NY.  Intrauterine contraception, 2005.

20. Lutheran Medical Center, Brooklyn, NY.  Medical abortion, 2005.

21. St. John's Hospital, Detroit, MI.  Gynecologic uses of misoprostol, 2005.

22. Beth Israel Medical Center.  Gynecologic uses of misoprostol. New York, NY, 2006.

23. Woodhull Medical Center.  Surgical management of abortion and miscarriage in the first trimester, 2006.

24. Northwestern University.  Contraception and women with medical problems, 2007.

25. Harlem Hospital Medical Center.  The levonorgestrel IUS.  New York, NY, 2007.

26. NYU Bellevue.  Mainstreaming intrauterine contraception, 2008.

27. North Shore, Long Island Jewish.  A Clinical Update on Intrauterine Contraception, 2008.

27. New York University.  Contraception for Women with Medical Problems, 2008.

28. University of Utah.  The pill for the ill?  Contraception for women with medical conditions.  September 2009.

29. University of Rochester.  The pill for the ill?  Contraception for women with medical conditions.  April 2009.

29. Long Island Jewish University.  Update on intrauterine contraception.  November 2009.

30. Dartmouth Hitchcock Medical Center.  The pill for the ill? Contraception for women with medical conditions. December, 2009.

31. Staten Island Hospital Center.  Intrauterine progestins for common gynecologic problems.  Staten Island, NY.  December 2011.

32. Advances in Contraception.  Winthrop Hospital, Long Island. November 2012.

22. Anne Davis

33. A Clinical update in intrauterine contraception.  North Shore LIJ Medical Center. April 3, 2013.

34.  Contraception for women with epilepsy: does it work? will it help? University of Washington, Seattle, WA.  May 2014.

35.  Your reproductive health decision: there's a law for that.  University of California San Francisco, San Francisco, CA.  April, 2016.

37. Physician Advocacy.  University Of Pennsylvania.  Philadelphia, March 2017.

38. Physician Advocacy: Why and How.  New York University.  New York City, April 2017.

39.  Physician advocacy, in your style.  Einstein Montefiore Department Obstetrics and Gynecology, November 2017.


B.  CME other venues

1.  Female Sexual Function Forum.  Oral contraceptives and libido. Boston, MA, 2000.

2.  New York City Department of Health.  Vaginitis. New York, NY, 2000.

3.  Downstate Medical Center Comprehensive OB/GYN Review Course. Contraception.  Brooklyn, NY, 2000-2004.

4.  Medical Abortion Education Project. Evaluation, management, and administration of medical abortion.  Department OB/GYN, Syracuse, NY, 2001.

5.  New Developments in Contraception: Counseling and insertion procedures for the levonorgestrel IUS. Multiple locations in New York, NY, 2001.

6.  Sexual Dysfunction 2001.  Multidisciplinary update on ED, premature ejaculation, Peyronie's  & Female Sexual Dysfunction. Columbia University, New York, NY, 2001.

7.  International Society of Women's Sexual Health.  Adolescent Sexuality, Vancouver, CA, 2002.

8.  National Abortion Federation Risk Management Seminar. Medical conditions affecting abortion care. Bal Harbour, FL, 2002.

9.  New York Association of Nurse Practitioners. Beyond Oral Contraception. New York, NY, 2002.

10.  Sexual dysfunction 2002: Update on female sexual dysfunction.

23. Anne Davis

Columbia University.  New York, NY, 2002.

11. Department of Pediatrics Grand Rounds.  Adolescents, dysmenorrhea and oral contraceptives.  Columbia University Medical Center, New York, NY, 2002.

12.  Clinical issues in reproductive health care.  Cicatelli Associates Incorporated.  New Methods of Hormonal Contraception.  New York, NY, 2003.

13.  Health and Hospitals Corporation Family Planning Update Conference.  Medical conditions affecting abortion care Jacobi Medical Center, NY, 2003.

14.  American Epilepsy Society.  Contraception and epilepsy. Annual meeting, New Orleans, LA, 2004.

15.  Department of Pediatrics Grand rounds.  Medical Abortion Overview.  Albany Medical Center, 2006.

16.  Cicatelli Incorporated.  Depo Provera and bone health.  New York, New York, 2006.

17.  15th Annual Comprehensive Gynecology 2007: A clinical Update for the Practicing Physician.  An update on the vaginal contraceptive ring: factors affecting choice and complicance, 2007.

18.  National Abortion Federation.  Challenging abortion cases: best practices Halifax, Nova Scotia, 2008.

19.  Florida Academy of Physician Assistants.  A Clnical Update on Intrauterine Contraception, 2008.

20.  Sloane Symposium: Current Issues in Obstetrics and Gynecology.  The IUD: How don't became do, 2008.

21.  Heavy Menstrual bleeding: assessing the impact, evaluating management options, ACOG Annual Clinical Meeting, 2009.

22.  Contraceptive options and management.  Inova Healthcare System, 2010.

23.  What can she use?  Adolescents, contraception and the new CDC guidelines.  Mt. Sinai Medical Center, 2010.

24.  Intrauterine progestins for common gynecologic problems. The Sloane Symposium: current issues and controversies in obstetrics and gynecology.  Columbia University Medical Center Department OB/GYN 2011.

25.  Microadvocacy: what you can do with a few facts in a few minutes.  Association for Reproductive Health Professionals.  Las Vegas, 2011.

24. Anne Davis

26.  The time is now: providing adolescent friendly sexual and reproductive healthcare.  For NYPATH New York Promoting and Advancing Teen Health. Renaissance Healthcare Network of Health and Hospitals Corporation.  December 2, 2013.

27. The time is now: providing adolescent friendly sexual and reproductive healthcare.  For NYPATH New York Promoting and Advancing Teen Health. Segundo Ruiz Belvis Diagnostic & Treatment Center Healthcare Network of Health and Hospitals Corporation. January 15, 2014.

28.  GYN perspectives on contraception and use of long-acting reversible contraception (LARC) in women with epilepsy. Neuroendocrinology special interest section.  American Epilepsy Society Annual Meeting, December 4, 2015.

29. Aligning law, science and medicine to preserve abortion rights. Plenary session, panel.  National Forum on Family Planning.  October 15, 2017.


C.  Non-CME invited speaker

1.  American Society for Reproductive Medicine.  Clinical symposium. The utility and efficacy of monthly injectable contraception, 2001.

2.  Adolescent Medicine Society of New York.  Medical abortion, New York, NY, 2001.

3.  Medical Students for Choice.  New York University Regional Conference.  Keynote speaker, 2002.

4.  Westchester OB/GYN Society.  Medical abortion overview, Westchester, NY, 2002.

5.  New York State Assembly.  Emergency contraception.  Albany, NY, 2003.

6.  Mailman School of Public Health Family Planning Clinic.  Female sexual dysfunction, 2003.

7.  Early options for pregnancy termination.  Breakfast round table meeting, ACOG Annual Clinical Meeting, 2003.

8.  Medical abortion and emergency contraception.  Department of Internal Medicine, noontime conference.  Long Island Jewish Hospital, NY, 2004.

9.  Mainstreaming intrauterine contraception.  Columbia University School of Nursing, 2007.

25. Anne Davis

10.  Contraception and women with medical problems.  Ryan Health Center, 2008.

11.  Reproductive rights at risk: frame the issue, make it law.  Co-presenter with Attorney General Eric Schneiderman and New York City Council Speaker Christine Quinn.  Congregation Rodeph Sholom, New York City, NY, 2011.

11.  What can she use?  Contraception for women with medical problems.  New York Nurse Practitioners in Women's Health.  New York City, NY, 2011.

12.  NY PATH Adolescent Sexual Health promotion project, Dept of Health NYC.  Sydeham Clinic (HHC), New York NY,  December 2nd, 2013.

13. Medical aspects of abortion.  Center for Reproductive Rights.  New York, NY.  December 10, 2013.

14. Spotlight on the graduated Fellow.  Family planning Fellowship meeting, May 2014.

15.  Update on emergency contraception and contraception for women with medical problems.  School based reproductive health project. Department of Health. New York, NY. April 2014.

16. Update on contraception.  School based reproductive health project.  NYC Department of Health. New York, NY. April 2017.