**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION**

| | |
|---|---|
| EMW WOMEN'S SURGICAL CENTER, P.S.C., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ANDREW G. BESHEAR, et al., <br><br> Defendants. | *Electronically Filed* <br><br> Case No.: 3:18-cv-00224-JHM |

**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**

This matter having come before the Court upon Plaintiffs' Motion for a Temporary Restraining Order and/or Preliminary Injunction; for good cause shown, it is hereby ORDERED that Plaintiffs' Motion for a Temporary Restraining Order is GRANTED.

Plaintiffs have established a likelihood of success on the merits of their Fourteenth Amendment substantive due process claims. Absent an injunction from this Court, Plaintiffs' and their patients' rights would be irreparably harmed.

The balance of hardships favors Plaintiffs because a temporary restraining order would preserve the status quo. Finally, the entry of a temporary restraining order is in the public interest.

The Court further finds that no security is required under Fed. R. Civ. P. 65(c).

IT IS THEREFORE ORDERED that Plaintiffs' Motion for a Temporary Restraining Order is GRANTED and, effective immediately, Defendants, as well as their agents, employees, and successors in office, are HEREBY immediately RESTRAINED and ENJOINED, from

enforcing, attempting to enforce, threatening to enforce, or otherwise requiring compliance with Kentucky House Bill 454, 2018 Gen. Assemb., Reg. Sess. (Ky. 2018).

IT IS FURTHER ORDERED that the bond requirement of Fed. R. Civ. P. 65(c) is waived and that this injunctive relief is effective upon service.

Done this _____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE