## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

EMW WOMEN'S SURGICAL CENTER,
P.S.C., *et al.,*

        Plaintiffs,

    v.

ANDREW G. BESHEAR, *et al.*,

        Defendants.

Case No.: 3:18-cv-00224-JHM

**STIPULATION AND ORDER OF DISMISSAL UPON CONDITIONS OF ANDREW G. BESHEAR**

Plaintiffs EMW Women's Surgical Center, P.S.C., Ashlee Bergin, M.D., M.P.H, and Tanya Franklin, M.D., M.S.P.H., and Defendant Andrew G. Beshear, hereby enter into the following stipulations and agreements concerning the disposition of the above-captioned matter, which the Court hereby Orders:

1.      Defendant Beshear hereby stipulates to service of process upon him.

2.      Pursuant to Fed. R. Civ. P. 41(a)(2) Defendant Beshear is hereby dismissed without prejudice.

3.      Conditions of Dismissal:

    a.  This Order shall not be considered in any way to be an admission or concession by Defendant Beshear that he is a proper party to this action, or has any power or enforcement authority relating to HB 454 (2018). Defendant Beshear generally reserves all rights, claims, and defenses that may be available to him, and specifically reserves all rights, claims, and defenses relating to whether he is a proper party in this action and in any appeals arising out of this action.

    b.  The dismissal of Defendant Beshear without prejudice is conditioned upon, and subject to the agreement of, Defendant Beshear and all personnel employed by or associated with

the Office of the Attorney General of the Commonwealth of Kentucky to not bring any future enforcement, action of any kind with respect to Plaintiffs arising from HB 454 (2018) or the facts alleged in Plaintiffs' Complaint until this Court enters a final judgment in the matter disposing of all of the claims, and the exhaustion of any and all appeals that may arise in this action.

      c.  The conditions set forth in paragraph 3(a) are subject to this Court's plenary jurisdiction to enforce the conditions herein.

      d.  Defendant Beshear, in his official capacity as Attorney General of the Commonwealth of Kentucky, agrees that any final judgment in this action concerning the constitutionality of HB 454 (2018) will be binding on the Office of the Attorney General, subject to any modification, reversal or vacation of the judgment on appeal; however, nothing in this Order prevents the Office of the Attorney General of the Commonwealth of Kentucky from investigating or taking action on any other complaint, which does not arise from or is not related to HB 454 (2018) or the facts alleged in Plaintiffs' Complaint.

      e.  In light of the current procedural posture of this action and the dismissal without prejudice, neither Plaintiffs nor Defendant Beshear are "prevailing parties" under 42 U.S.C. § 1988, and therefore neither are responsible for attorney's fees or costs with respect to each other. This provision is not an adjudication of any later claim or petition under 42 U.S.C. § 1988 should Defendant Beshear later be determined by this Court or another court of competent jurisdiction to be a party.

      4.     Nothing in this Order shall be deemed to affect or adjudicate the pending claims against the remaining Defendants.

IT IS SO ORDERED.

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

May 21, 2018

Have seen and agreed:

s/Amy D. Cubbage (with permission)
Amy D. Cubbage, Interim Legal Director
ACLU of Kentucky
401 West Main Street, Suite 1200
Louisville, Kentucky 40202
(502) 583-7400
acubbage@ackersonlegal.com

s/La Tasha Buckner
La Tasha Buckner
Office of the Attorney General
700 Capitol Avenue, Suite 118
Frankfort, Kentucky  40601
(502) 696-5300
latasha.buckner@ky.gov

*Counsel for Defendant Andrew G. Beshear*

Heather L. Gatnarek
Legal Fellow
ACLU of Kentucky
315 Guthrie Street, Suite 300
Louisville, KY  40202
(502) 581-9746
heather@aclu-ky.org

Andrew Beck*
Talcott Camp*
Elizabeth Watson*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York  10004
(212) 549-2633
abeck@aclu.org
tcamp@aclu.org
ewatson@aclu.org
*admitted pro hac vice*

*Counsel for Plaintiffs*

3