IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| EMW WOMEN'S SURGICAL CENTER, P.S.C., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ANDREW G. BESHEAR, *et al.*,<br><br>　　　　　Defendants. | Case No.: 3:18-cv-00224-JHM<br><br>**STIPULATION AND ORDER OF DISMISSAL OF MICHAEL S. RODMAN** |

　　　　Plaintiffs EMW Women's Surgical Center, P.S.C., Ashlee Bergin, M.D., M.P.H, and Tanya Franklin, M.D., M.S.P.H., and Defendant Michael S. Rodman, in his official capacity as the Executive Director of the Kentucky Board of Medical Licensure, hereby enter into the following stipulations and agreements concerning the disposition of the above-captioned matter, which the Court hereby Orders:

　　　　1.　　Pursuant to Fed. R. Civ. P. 41(a)(2) Defendant Rodman is hereby dismissed without prejudice.

　　　　2.　　This Stipulation and Order of Dismissal shall not be construed in any way as an admission or concession by Defendant Rodman, in his official capacity as the Executive Director of the Kentucky Board of Medical Licensure, that he is a proper party to this action, or that he has any enforcement authority related to H.B. 454 (2018).

　　　　3.　　Defendant Rodman, in his official capacity as the Executive Director of the Kentucky Board of Medical Licensure, reserves all rights, claims, and defenses that may be available to him related to whether he is a proper party to this action and any appeals arising from this action.

4.	Defendant Rodman, in his official capacity as Executive Director of the Kentucky Board of Medical Licensure, agrees that neither he nor any personnel under his direct control or supervision will take any action to bring before the Kentucky Board of Medical Licensure any future enforcement, investigation, or other actions with respect to Plaintiffs arising from HB 454 (2018) or the facts alleged in Plaintiffs' Complaint until this Court enters a final judgment in the matter disposing of all of the claims and the exhaustion of any and all appeals that may arise in this action, subject to the terms of paragraph 5 of this Stipulation and Order of Dismissal.

5.	Defendant Rodman, in his official capacity as Executive Director of the Kentucky Board of Medical Licensure, agrees that he will abide by any final or appealable judgment in this action concerning the constitutionality of HB 454 (2018), subject to any modification, reversal or vacation of the judgment on appeal; however, nothing in this Order prevents the Kentucky Board of Medical Licensure from investigating or taking action on any other grievance or complaint, which does not arise from or is not related to HB 454 (2018) or the facts alleged in Plaintiffs' Complaint.

6.	The Court retains plenary jurisdiction to enforce the terms of this Stipulation and Order of Dismissal.

7.	The parties to this Stipulation and Order of Dismissal shall bear their own attorney's fees or costs with respect to each other.  This provision is not an adjudication of any later claim or petition under 42 U.S.C. § 1988 should Defendant Rodman later be added as a party.

8.	Nothing in this Order shall be deemed to affect or adjudicate the pending claims against the remaining Defendants.

IT IS SO ORDERED.

**Joseph H. McKinley, Jr., Chief Judge**
**United States District Court**

May 21, 2018

Have seen and agreed:

s/Amy D. Cubbage (with permission)
Amy D. Cubbage, Interim Legal Director
ACLU of Kentucky
401 West Main Street, Suite 1200
Louisville, Kentucky 40202
(502) 583-7400
acubbage@ackersonlegal.com

Heather L. Gatnarek
Legal Fellow
ACLU of Kentucky
315 Guthrie Street, Suite 300
Louisville, KY 40202
(502) 581-9746
heather@aclu-ky.org

Andrew Beck*
Talcott Camp*
Elizabeth Watson*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2633
abeck@aclu.org
tcamp@aclu.org
ewatson@aclu.org
*admitted pro hac vice

*Counsel for Plaintiffs*

s/S. Travis Mayo
S. Travis Mayo
Marc G. Farris
Office of the Attorney General
700 Capitol Avenue, Suite 118
Frankfort, Kentucky 40601
(502) 696-5300
travis.mayo@ky.gov
marc.farris@ky.gov

*Counsel for Defendant Michael S. Rodman*