UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CIVIL ACTION NO: 3:18-CV-00224-JHM

EMW WOMEN'S SURGICAL CENTER,
P.S.C., et al.                                                                          PLAINTIFFS

V.

ADAM W. MEIER et al.                                                                    DEFENDANTS

## ORDER

    This matter came before the Court for a bench trial that commenced on November 13, 2018 and concluded on November 19, 2018.  This Order addresses motions that remain unresolved during the pendency of the case.

    Plaintiffs filed a Motion for Temporary Restraining Order and Preliminary Injunction in April 2018. [DN 6].  On May 29, 2018, the Court issued an Order that the parties would continue to abide by the terms of a previously issued Consent Order [DN 24] suspending enforcement of the Act until a trial could be held.  While the Court considers the merits of the case, the parties will continue to abide by the Consent Order and Plaintiffs' Motion is moot.  Accordingly, Plaintiffs' Motion to Exceed Page Limits on its Reply Brief in Support of the Motion for Preliminary Injunction [DN 53] is also moot.  It is so **ORDERED**.

Joseph H. McKinley Jr., District Judge
United States District Court

March 13, 2019

cc: counsel of record