IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| EMW WOMEN'S SURGICAL CENTER, P.S.C., et al., <br><br> Plaintiffs, <br><br> v. <br><br> ADAM W. MEIER, et al., <br><br> Defendants. | Civil Action No. 3:18CV-00224-JHM <br> Judge Joseph H. McKinley, Jr. |

### NOTICE OF FILING PLAINTIFFS' PROPOSED FINDINGS OF FACT & CONCLUSIONS OF LAW

Pursuant to this Court's orders dated November 20, 2018 (Doc. 101) and February 1, 2019 (Doc. 117), Plaintiffs Tanya Franklin, M.D., M.P.H., Ashlee Bergin, M.D., M.P.H., and EMW Women's Surgical Center, P.S.C. (together, "Plaintiffs"), by and through their undersigned attorneys, hereby give notice of the filing of Plaintiffs' proposed findings of fact and conclusions of law, attached hereto.

Dated: March 27, 2019

Respectfully submitted,

/s/Alexa Kolbi-Molinas
Alexa Kolbi-Molinas*
Andrew Beck*
Talcott Camp*
Elizabeth Watson*
Meagan Burrows*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
Tel: (212) 549-2633
akolbi-molinas@aclu.org
abeck@aclu.org
tcamp@aclu.org
ewatson@aclu.org

mburrows@aclu.org

Amy D. Cubbage
ACLU of Kentucky
734 West Main Street, Suite 200
Louisville, Kentucky 40202
Tel: (502) 583-7400
acubbage@ackersonlegal.com

Heather L. Gatnarek
ACLU of Kentucky
325 W. Main Street, Suite 2210
Louisville, Kentucky 40202
Tel: (502) 581-9746
heather@aclu-ky.org

Leah Godesky*
Taylor Simeone*
Caroline Chiappetti*
O'Melveny & Myers LLP
7 Times Square
Times Square Tower
New York, New York 10036
Tel: (212) 326-2254
lgodesky@omm.com
tsimeone@omm.com
cchiappetti@omm.com

*Motion for pro hac vice granted

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on March 27, 2019, I filed the foregoing with the Court's CM/ECF system, which will provide electronic service to all counsel of record.

/s/Alexa Kolbi-Molinas
Alexa Kolbi-Molinas
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
akolbi-molinas@aclu.org
*Counsel for Plaintiffs*